**Below is the Order of the Court.**



_____
**Paul B. Snyder
U.S. Bankruptcy Judge
(Dated as of Entered on Docket date above)**

_____

Form ounclfd (02/2010)

**UNITED STATES BANKRUPTCY COURT**
Western District of Washington
1717 Pacific Avenue
Suite 2100
Tacoma, WA 98402

---

| | |
|---|---|
| In Re: | Case Number: 08–45628–PBS |
| Norman Thomas Gaumer and Connie Sue Gaumer | Chapter: 7 |
| Debtor(s). | |

---

### ORDER GRANTING PETITION FOR UNCLAIMED FUNDS

THIS MATTER having come on before the Court on the Petition for Payment of Unclaimed Funds (the "Petition") submitted by **Dilks & Knopik on behalf of Resurgent Capital Services, successor in interest to American Gen. Fin.**; the Court having reviewed the Petition and finding that notice to the United States Attorney has been provided in accordance with 28 U.S.C. §2042, and that **Resurgent Capital Services** and their authorized representative, if any, has/have demonstrated a right to funds in the amount of **$2,374.76**

Now, therefore, it is hereby ORDERED that the Clerk of the Court shall disburse funds in the amount of **$2,374.76** to **Resurgent Capital Services**.

///End of Order///